# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1003**                                        **September Term, 2023**

**NLRB-16CA326027**

**Filed On:** April 30, 2024

Alphabet Workers Union-Communication
Workers of America, Local 9009,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

Cognizant Technology Solutions U.S.
Corporation and Google LLC,
       Intervenors

------------------------------

Consolidated with 24-1014, 24-1016,
24-1021, 24-1022

      **BEFORE:** Rao, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to transfer, the notice to join the motion, the responses to the motion, the reply, and the notice to join the reply, it is

**ORDERED** that the motion to transfer be denied. Petitioners Cognizant Technology Solutions U.S. Corporation and Google LLC have not demonstrated that transfer of these consolidated cases to the Fifth Circuit is warranted. See 28 U.S.C. § 2112(a)(5); Liquor Salesmen's Union Local 2 v. NLRB, 664 F.2d 1200, 1205 (D.C. Cir. 1981).

**Per Curiam**